

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00839-CV

Marilyn **STEWART**,
Appellant

v.

**FIESTA CITY REALTORS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017-CV-05536
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is VACATED. No costs of appeal are taxed against Appellant because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED October 3, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice